SOPHIE SCHMID, as Administratrix, etc., Respondent, *v.* HUGH J.
JEWETT, as Receiver, etc., Appellant.

(Argued January 24, 1882 ; decided February 7, 1882.)

*John G. Milburn* for appellant.

*A. G. Rice* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.